STATE of Missouri, Respondent,

v.

Tamara Lynn SANDIFER, Appellant.

WD 77676

Missouri Court of Appeals,
Western District.

ORDER FILED: August 4, 2015

Motion for Rehearing and/or Transfer
to Supreme Court Denied
September 1, 2015

Chris Koster, Attorney General, Adam Rowley and Rachel Flaster, Assistant Attorneys General, Jefferson City, MO, Attorneys for Respondent.

Jeffrey S. Eastman, Gladstone, MO, Attorney for Appellant.

Before Special Division: Gary D. Witt, Presiding Judge, Mark D. Pfeiffer, Judge, and Zel M. Fischer, Special Judge

### Order

Per Curiam:

Tamara L. Sandifer appeals the judgment of the Circuit Court of Jackson County, Missouri, finding her guilty, following a bench trial, of driving while intoxicated, § 577.010, RSMo (2000). Because a published opinion would serve no jurisprudential purpose, we have instead provided an unpublished memorandum of law to the parties. The judgment is affirmed. Rule 30.25(b).

2